**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **GREGORY KENT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:20-cv-02771-JMS-TAB |
| | ) |
| **ALLISON TRANSMISSION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The Court, having reviewed the Parties' Joint Stipulation of Dismissal With Prejudice, hereby dismisses this cause against Defendant Allison Transmission, Inc. with prejudice, with the Parties to bear their own costs, attorneys' fees and expenses [23].

Date: 5/17/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system